DOA
11-10-16

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Ariel Yair Zelaya-Zuniga,<br>(A 205 606 440)<br>_Defendant_ | Case No. 16-8470 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 4, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), a felony, and Title 8, U.S.C. § 1325(a)(2) a class B misdemeanor, an offense described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

CEB
REVIEWED BY: Charles E. Bailey, P.S. for SAUSA David Whipple

☒ Continued on the attached sheet.

_Complainant's signature_
Rene A. Lopez,
Deportation Officer
_Printed name and title_

Sworn to before me and signed in my presence.

Date: November 10, 2016

_Judge's signature_

City and state: Phoenix, Arizona

John Z. Boyle,
United States Magistrate Judge
_Printed name and title_

# ATTACHMENT A

## Count 1

On November 4, 2016, Ariel Yair Zelaya-Zuniga, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Mesa, Arizona, on or about February 6, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

## Count 2

On November 4, 2016, at or near Phoenix, in the District of Arizona, Ariel Yair Zelaya-Zuniga, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

## STATEMENT OF PROBABLE CAUSE

I, Rene A. Lopez, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 4, 2016, Ariel Yair Zelaya-Zuniga was booked into the Maricopa County Jail (MCJ) intake facility by the Arizona Department of Public Safety on local charges. While incarcerated at the MCJ, Zelaya-Zuniga was examined by ICE Deportation Officer M. Paredes who determined him to be a citizen of Honduras, illegally present in the United States. On or about the same date, an immigration detainer was lodged with the MCJ. On November 9, 2016, Zelaya-Zuniga was released from the MCJ and was transported to the Phoenix ICE office for further investigation and processing. Zelaya-Zuniga was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Ariel Yair Zelaya-Zuniga to be a citizen of Mexico and a previously deported criminal alien. Zelaya-Zuniga was removed from the United States to Honduras at or near Mesa, Arizona, on or about February 6, 2014, pursuant to the reinstatement of a removal order issued by an immigration official. There is no record of Zelaya-Zuniga in any Department of Homeland Security

database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Zelaya-Zuniga's immigration history was matched to him by electronic fingerprint comparison.

4. Furthermore, there is no record of Ariel Yair Zelaya-Zuniga in any Department of Homeland Security database to suggest that after his last removal from the United States he entered the United States at an official Port of Entry. Had Zelaya-Zuniga presented himself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that Zelaya-Zuniga entered the United States at a location not designated as an official Port of Entry, and thereby eluded examination and inspection by Immigration Officers of the United States. Zelaya-Zuniga's immigration history was matched to him by electronic fingerprint comparison.

5. On November 10, 2016, Ariel Yair Zelaya-Zuniga was advised of his constitutional rights. Zelaya-Zuniga freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about November 4, 2016, Ariel Yair Zelaya-Zuniga, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been

3

previously denied admission, excluded, deported, and removed from the United States at or near Mesa, Arizona, on or about February 6, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and on November 4, 2016, at or near Phoenix, in the District of Arizona, Ariel Yair Zelaya-Zuniga, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2).

_____
Rene A. Lopez,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 10th day of November, 2016.

_____
John Z. Boyle,
United States Magistrate Judge